## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover          Date: October 17, 2011
Court Reporter:     Paul Zuckerman
Probation Officer:  Caryl Ricca

Criminal Action No. 11-cr-00136-MSK

*Parties*:                                   *Counsel*:

UNITED STATES OF AMERICA,                    Michelle Kelley

       Plaintiff,

v.

WAYNE HENRY ACKERMAN,                        Matthew Belcher

       Defendant.

---

## SENTENCING MINUTES
---

**11:06 a.m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 2, 2011.  Defendant pled guilty to Count 22 of the Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The defendant **does** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a). **(Doc. #26).**  Argument.

Allocution. - Statements made by:  The Government, the defendant, defense counsel.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.


**ORDER:**      Defendant's Motion for Non-Guideline Sentence **(Doc. #26)** is **GRANTED in part and DENIED in part.**

**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**      Bond is exonerated.

**11:39 a.m.**      **Court in recess.**

Total Time:   33 minutes.
Hearing concluded.